# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| AGCS Marine Insurance Company**,** ) | | JUDGMENT IN CASE |
| ) | | |
| Plaintiff(s), ) | | 3:24-cv-00355-KDB-SCR |
| ) | | |
| vs. ) | | |
| ) | | |
| Crane and Equipment Financing Co., ) | | |
| LLC ) | | |
| Bigge Crane and Rigging Co.**,** ) | | |
| ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 14, 2024 Order.

August 14, 2024

_____

Katherine Hord Simon, Clerk
United States District Court